MAYOR AND ALDERMEN OF JERSEY CITY, RESPONDENTS, v. WASHBURN BROTHERS COMPANY ET AL., APPELLANTS.

Submitted July 10, 1922—Decided November 20, 1922.

On appeal from the Hudson County Circuit Court.

For the appellants, *George Holmes* and *Edwards & Smith.*

For the respondents, *John Bentley* and *Thomas J. Brogan.*

PER CURIAM.

This case is governed by the opinion in No. 1 of the present term. Jersey City *v.* Brooklyn Eastern District Terminal, *ante p.* 155.

The judgment is affirmed, with costs.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 15.

*For reversal*—None.